IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

YOSOR ALTABTABAEE, et al,

                         Plaintiffs,

vs.

THE BROW LADY USA, LLC, et al.,

                         Defendants.

No. 2:14-cv-1397-HRH

O R D E R

Motion to Dismiss

     Plaintiffs move dismiss this case without prejudice insasmuch as they have filed a similar complaint in Maricopa County Superior Court.[1] Defendant Nidelka Mayers has responded to plaintiffs' motion to dismiss.[2] The other defendants have not responded. Plaintiff and defendant Mayers disagree as to whether this case should be dismissed with or without prejudice. Defendant Mayers plainly recognizes that plaintiffs have commenced a separate state court action. The court perceives no reason why it should enter an order in this case (where it probably lacks jurisdiction) in a fashion which might adversely affect plaintiffs' state court proceedings.

     Plaintiffs' motion to dismiss their case without prejudice is granted. The parties shall bear their own fees and costs.

---

    [1]Docket No. 34.

    [2]Docket No. 35.

Order – Motion to Dismiss                                                                       - 1 -

Defendant Mayers' motion to dismiss for lack of jurisdiction[3] and her second motion to dismiss for failure to state a claim[4] are denied as moot in light of the court having granted plaintiffs' motion to dismiss.

DATED at Anchorage, Alaska, this  26th  day of November, 2014.

/s/ H. Russel Holland
United States District Judge

---

[3]Docket No. 29.

[4]Docket No. 30.